[Exempt From Filing Fee
Government Code § 6103]

ALESHIRE & WYNDER, LLP
ANTHONY R. TAYLOR, State Bar No. 208712
  *ataylor@awattorneys.com*
MICHELLE E. SASSANO, State Bar No. 232368
  *msassano@awattorneys.com*
NANCY FLORES CASTANEDA, State Bar No. 357148
  *nflores@awattorneys.com*
2440 Tulare Street, Suite 410
Fresno, CA 93721
Telephone: (559) 445-1580
Facsimile: (949) 223-1180

Attorneys for Defendant, CITY OF
FRESNO, MICHAEL D. FLORES,
GEORGE VALDES AND MICHAEL
CARBAJAL

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| KARO STEPANYAN,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF FRESNO, a municipal corporation; MICHAEL D. FLORES, in his official capacity only; GEORGE VALDES, in his individual capacity; MICHAEL CARBAJAL, in his individual capacity; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 1:26-CV-04522-JLT-SAB<br><br>Judge:  Hon. Stanely A. Boone<br><br>**DEFENDANTS CITY OF FRESNO, MICHAEL D. FLORES, GEORGE VALDES AND MICHAEL CARBAJAL'S ANSWER TO KARO STEPANYAN'S COMPLAINT**<br><br>**REQUEST FOR JURY TRIAL**<br><br>Trial Date:     None |

Pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, Defendants CITY OF FRESNO (individually "City") MICHAEL D. FLORES, GEORGE VALDES AND MICHAEL CARBAJAL (collectively "Defendants") answer the Complaint of Plaintiff KARO STEPANYAN (hereinafter "Plaintiff").  If an averment is not specifically admitted, it is hereby denied.

/ / /

01160.0001 2160777.1

DEFENDANTS CITY OF FRESNO, MICHAEL D. FLORES, GEORGE VALDES AND MICHAEL CARBAJAL'S ANSWER TO KARO STEPANYAN'S COMPLAINT

## ANSWER TO COMPLAINT

## INTRODUCTION

1.     Answering Paragraph 1, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 1 further contains legal conclusions and argument as to which no response is required.

2.     Answering Paragraph 2, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 2 further contains legal conclusions and argument as to which no response is required.

3.     Answering Paragraph 3, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 3 further contains legal conclusions and argument as to which no response is required.

4.     Answering Paragraph 4, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 4 further contains legal conclusions and argument as to which no response is required.

## JURISDICTION AND VENUE

5.     Answering Paragraph 5, Defendants admit the Court has subject matter jurisdiction over the federal law claims pursuant to 28 U.S.C. § 1331 and 1343(a)(3). To the extent Plaintiff's state claim claims derive from the same nucleus of operative facts and are part of the same case or controversy under Article III of the U.S. Constitution, Defendants further admit the Court may exercise supplemental jurisdiction over Plaintiff's state law claims under 28 U.S.C. § 1367.  Defendants otherwise lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

01160.0001 2160777.1                        -2-
DEFENDANTS CITY OF FRESNO, MICHAEL D. FLORES, GEORGE VALDES AND MICHAEL CARBAJAL'S
ANSWER TO KARO STEPANYAN'S COMPLAINT

6.    Answering Paragraph 6, to the extent the acts and omissions giving rise to Plaintiff's claims occurred in Fresno County, within the Eastern District of California, Defendants admit venue is proper in this judicial district under 28 U.S.C. § 1391(b). Defendants otherwise lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

7.    Answering Paragraph 7, Defendants admit that Plaintiff presented a timely claim for damages under California Government Code §§ 900 et seq., and filing this instant action within six months of the rejection of said claim. Defendants otherwise lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

**PARTIES**

8.    Answering Paragraph 8, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 8 further contains legal conclusions and argument as to which no response is required.

9.    Answering Paragraph 9, Defendants admit that the City of Fresno is a municipal corporation organized under the laws of California, located in Fresno County. Except as expressly admitted herein, Defendants deny each and every allegation contained therein.

10.    Answering Paragraph 10, Defendants admit Michael D. Flores is an Independent Administrative Hearing Officer. Except as expressly admitted herein, Defendants deny each and every allegation contained therein.

11.    Answering Paragraph 11, Defendants admit George Valdes is, and at all relevant times was, a Code Enforcement Officer for the City of Fresno. Except as expressly admitted herein, Defendants deny each and every allegation contained therein.

01160.0001 2160777.1                                    -3-
DEFENDANTS CITY OF FRESNO, MICHAEL D. FLORES, GEORGE VALDES AND MICHAEL CARBAJAL'S
ANSWER TO KARO STEPANYAN'S COMPLAINT

12. Answering Paragraph 12, Michael Carbajal is, and at all relevant times was, an employee with the City of Fresno. Except as expressly admitted herein, Defendants deny each and every allegation contained therein.

13. Answering Paragraph 13, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 13 further contains legal conclusions and argument as to which no response is required.

**FACTUAL ALLEGATIONS**

14. Answering Paragraph 14, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 14 further contains legal conclusions and argument as to which no response is required.

15. Answering Paragraph 15, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 15 further contains legal conclusions and argument as to which no response is required.

16. Answering Paragraph 16, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 16 further contains legal conclusions and argument as to which no response is required.

17. Answering Paragraph 17, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 17 further contains legal conclusions and argument as to which no response is required.

18. Answering Paragraph 18, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 18 further contains legal conclusions and argument as to which no response is required.

19.    Answering Paragraph 19, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 19 further contains legal conclusions and argument as to which no response is required.

20.    Answering Paragraph 20, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 20 further contains legal conclusions and argument as to which no response is required.

21.    Answering Paragraph 21, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 21 further contains legal conclusions and argument as to which no response is required.

22.    Answering Paragraph 22, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 22 further contains legal conclusions and argument as to which no response is required.

23.    Answering Paragraph 23, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 23 further contains legal conclusions and argument as to which no response is required.

24.    Answering Paragraph 24, Defendants admit Defendant Valdes issued First Administrative Citation. Except as expressly admitted herein, Defendants deny each and every allegation contained therein.

25.    Answering Paragraph 25, Defendants admit a Citation was issued. Except as expressly admitted herein, Defendants deny each and every allegation contained therein.

/ / /

/ / /

DEFENDANTS CITY OF FRESNO, MICHAEL D. FLORES, GEORGE VALDES AND MICHAEL CARBAJAL'S ANSWER TO KARO STEPANYAN'S COMPLAINT

26.    Answering Paragraph 26, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 26 further contains legal conclusions and argument as to which no response is required.

27.    Answering Paragraph 27, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 27 further contains legal conclusions and argument as to which no response is required.

28.    Answering Paragraph 28, Defendants admit an administrative hearing was held before Defendant Flores. Except as expressly admitted herein, Defendants deny each and every allegation contained therein.

29.    Answering Paragraph 29, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 29 further contains legal conclusions and argument as to which no response is required.

30.    Answering Paragraph 30, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 30 further contains legal conclusions and argument as to which no response is required.

31.    Answering Paragraph 31, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 31 further contains legal conclusions and argument as to which no response is required.

32.    Answering Paragraph 32, Defendants admit that Defendant Flores issued a written Decision and Order. Except as expressly admitted herein, Defendants deny each and every allegation contained therein.

/ / /

/ / /

DEFENDANTS CITY OF FRESNO, MICHAEL D. FLORES, GEORGE VALDES AND MICHAEL CARBAJAL'S
ANSWER TO KARO STEPANYAN'S COMPLAINT

33.    Answering Paragraph 33, Defendants admit that the Fresno Municipal Code includes § 12-2105(b), which speaks for itself. . Except as expressly admitted herein, Defendants deny each and every allegation contained therein.

34.    Answering Paragraph 34, Defendants admit that Fresno Municipal Code contains the City of Fresno's Administrative Hearing Procedure Ordinance, which includes § 1-409(g). Except as expressly admitted herein, Defendants deny each and every allegation contained therein.

35.    Answering Paragraph 35, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 35 further contains legal conclusions and argument as to which no response is required.

36.    Answering Paragraph 36, Defendants deny each and every allegation contained therein.

37.    Answering Paragraph 37, Defendants admit that an Agreement for Services exists between Michael Flores and the City of Fresno for Administrative Hearing Officer services.  Except as expressly admitted herein, Defendants deny each and every allegation contained therein.

38.    Answering Paragraph 38, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 38 further contains legal conclusions and argument as to which no response is required.

**FIRST CAUSE OF ACTION**

39.    The Defendants hereby re-allege and incorporate by reference each and every denial, admission, and allegation set forth in Paragraphs 1 through 38 above.

/ / /

/ / /

/ / /

/ / /

40. Answering Paragraph 40, the averments contained in this paragraph constitute factual and legal conclusions to which Defendants believe no answer is required. To the extent an answer is required, Defendants admit that the Eighth Amendment is made applicable to the states and local governments through the Fourteenth Amendment. Except as expressly admitted herein, Defendants deny each and every allegation contained therein.

41. Answering Paragraph 41, the averments contained in this paragraph constitute factual and legal conclusions to which Defendants believe no answer is required. To the extent an answer is required, Defendants deny each and every allegation contained therein.

42. Answering Paragraph 42, Defendants deny each and every allegation contained therein.

43. Answering Paragraph 43, Defendants admits that a Citation was issued. Except as expressly admitted herein, Defendants deny each and every allegation contained therein.

44. Answering Paragraph 44, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 44 further contains legal conclusions and argument as to which no response is required.

**SECOND CAUSE OF ACTION**

45. Answering Paragraph 45, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 45 further contains legal conclusions and argument as to which no response is required.

46. Answering Paragraph 46, the averments contained in this paragraph constitute factual and legal conclusions to which Defendants believe no answer is required. Except as expressly admitted herein, Defendants deny each and every allegation contained therein.

01160.0001 2160777.1                              -8-

DEFENDANTS CITY OF FRESNO, MICHAEL D. FLORES, GEORGE VALDES AND MICHAEL CARBAJAL'S
ANSWER TO KARO STEPANYAN'S COMPLAINT

47.	Answering Paragraph 47, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 47 further contains legal conclusions and argument as to which no response is required.

48.	Answering Paragraph 48, Defendants deny each and every allegation contained therein.

49.	Answering Paragraph 49, Defendants deny each and every allegation contained therein.

50.	Answering Paragraph 50, Defendants deny each and every allegation contained therein.

### THIRD CAUSE OF ACTION

51.	The Defendants hereby re-allege and incorporate by reference each and every denial, admission, and allegation set forth in Paragraphs 1 through 50 above.

52.	Answering Paragraph 52, the averments contained in this paragraph constitute factual and legal conclusions to which Defendants believe no answer is required. To the extent an answer is required, Defendants deny each and every allegation contained therein.

53.	Answering Paragraph 53, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 53 further contains legal conclusions and argument as to which no response is required.

54.	Answering Paragraph 54, Defendants deny each and every allegation contained therein.

55.	Answering Paragraph 55, Defendants deny each and every allegation contained therein.

### FOURTH CAUSE OF ACTION

56.	The Defendants hereby re-allege and incorporate by reference each and every denial, admission, and allegation set forth in Paragraphs 1 through 55 above.

57.  Answering Paragraph 57, the averments contained in this paragraph constitute factual and legal conclusions to which Defendants believe no answer is required. To the extent an answer is required, Defendants admit that the Fifth Amendment is applicable to the states through the Fourteenth Amendment. Except as expressly admitted herein, Defendants deny each and every allegation contained therein.

58.  Answering Paragraph 58, Defendants deny each and every allegation contained therein.

59.  Answering Paragraph 59, Defendants deny each and every allegation contained therein.

60.  Answering Paragraph 60, Defendants deny each and every allegation contained therein.

**FIFTH CAUSE OF ACTION**

61.  The Defendants hereby re-allege and incorporate by reference each and every denial, admission, and allegation set forth in Paragraphs 1 through 60 above.

62.  Answering Paragraph 62, the averments contained in this paragraph constitute factual and legal conclusions to which Defendants believe no answer is required.  To the extent an answer is required, Defendants admit that California Civil Code § 52.1 (the Bane Act) provides "if a person or person, whether or not acting under color of law, interferes by threat, intimidation, or coercion, or attempts to interfere by threat, intimidation, or coercion, with the exercise or enjoyment by any individual or individuals of rights secured by the Constitution or laws of the United States, or of the rights secured by the Constitution or laws of this state …"  Except as expressly admitted herein, Defendants deny each and every allegation contained therein.

63.  Answering Paragraph 63, Defendants deny each and every allegation contained therein.

/ / /

DEFENDANTS CITY OF FRESNO, MICHAEL D. FLORES, GEORGE VALDES AND MICHAEL CARBAJAL'S ANSWER TO KARO STEPANYAN'S COMPLAINT

64.   Answering Paragraph 64, Defendants deny each and every allegation contained therein.

65.   Answering Paragraph 65, Defendants deny each and every allegation contained therein.

66.   Answering Paragraph 66, Defendants deny each and every allegation contained therein.

67.   Answering Paragraph 67, Defendants deny each and every allegation contained therein.

## SIXTH CAUSE OF ACTION

68.   Defendants hereby re-allege and incorporate by reference each and every denial, admission, and allegation set forth in Paragraphs 1 through 67 above.

69.   Answering Paragraph 69, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 69 further contains legal conclusions and argument as to which no response is required.

70.   Answering Paragraph 70, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 70 further contains legal conclusions and argument as to which no response is required.

## PRAYER FOR RELIEF

Responding to Paragraphs 1 through 6 of Plaintiff's Prayer, no response to Plaintiffs' prayer for relief is required. Defendants request the Court deny all relief requested by Plaintiffs.

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Answering Defendants hereby demand a trial by jury in the above-entitled matter.

/ / /

/ / /

01160.0001 2160777.1                     -11-
DEFENDANTS CITY OF FRESNO, MICHAEL D. FLORES, GEORGE VALDES AND MICHAEL CARBAJAL'S
ANSWER TO KARO STEPANYAN'S COMPLAINT

## AFFIRMATIVE DEFENSES

Defendants plead the following separate defenses.  Defendants reserves the right to assert additional affirmative defenses that discovery indicates are proper.

### FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Claim)

1.    As a separate and first affirmative defense to the Complaint, and to the purported causes of action set forth therein, Defendants allege that the Complaint fails to state facts sufficient to constitute a cause of action.

### SECOND AFFIRMATIVE DEFENSE

### (Compliance with the Law)

2.    As a separate and second affirmative defense to the Complaint and each purported cause of action contained therein, Defendants allege that the actions taken by Defendants were in full compliance with the law.

### THIRD AFFIRMATIVE DEFENSE

### (Immune from Liability -  Govt Code 818.8)

3.    As a separate and third affirmative defense to the Complaint and each purported cause of action contained therein, Defendants allege that Defendants are immune from liability on all causes of action pursuant to California Government Code Section 818.8.

### FOURTH AFFIRMATIVE DEFENSE

### (Immune from Liability -  Govt Code 820.6)

4.    As a separate and fourth affirmative defense to the Complaint and each purported cause of action contained therein, Defendants alleges that Defendants are immune from liability on all causes of action pursuant to California Government Code Section 820.6.

/ / /

/ / /

/ / /

01160.0001 2160777.1

-12-

DEFENDANTS CITY OF FRESNO, MICHAEL D. FLORES, GEORGE VALDES AND MICHAEL CARBAJAL'S ANSWER TO KARO STEPANYAN'S COMPLAINT

## FIFTH AFFIRMATIVE DEFENSE

### (Immune from Liability -  Govt Code 820.8)

5.   As a separate and fifth affirmative defense to the Complaint and each purported cause of action contained therein, Defendants allege that Defendants are immune from liability on all causes of action pursuant to California Government Code Section 820.8.

## SIXTH AFFIRMATIVE DEFENSE

### (Immune from Liability -  Govt Code 821.6)

6.   As a separate and sixth affirmative defense to the Complaint and each purported cause of action contained therein, Defendants allege that Defendants are immune from liability on all causes of action pursuant to California Government Code Section 821.6.

## SEVENTH AFFIRMATIVE DEFENSE

### (Immune from Liability -  Govt Code 822.2)

7.   As a separate and seventh affirmative defense to the Complaint and each purported cause of action contained therein, Defendants allege that Defendants are immune from liability on all causes of action pursuant to California Government Code Section 822.2.

## EIGHTH AFFIRMATIVE DEFENSE

### (No Injury or Damage)

8.   As a separate and eighth affirmative defense to the Complaint and each purported cause of action contained therein, Defendants allege that Plaintiff has not been injured or damaged as a proximate result of any act or omission for which Defendants are responsible.

/ / /

/ / /

/ / /

/ / /

01160.0001 2160777.1

-13-

DEFENDANTS CITY OF FRESNO, MICHAEL D. FLORES, GEORGE VALDES AND MICHAEL CARBAJAL'S ANSWER TO KARO STEPANYAN'S COMPLAINT

## NINTH AFFIRMATIVE DEFENSE

### (Official and Quasi-Judicial Immunity)

9. As a separate and ninth affirmative defense to the Complaint and each purported cause of action contained therein, Defendants allege that Defendants are entitled to official and quasi-judicial immunity and, therefore, not liable.

## TENTH AFFIRMATIVE DEFENSE

### (Punitive Damages Barred)

10. As a separate and tenth affirmative defense to the Complaint and each purported cause of action contained therein, Defendants allege that Plaintiff's alleged claim for punitive damages is barred by the provisions of California Civil Code Sections 3294 and 3295.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Statute of Limitations)

11. As a separate and eleventh affirmative defense to the Complaint and each purported cause of action contained therein, Defendants allege that the purported causes of action asserted in the Complaint are barred by such statutes of limitation as may be applicable, including, but not limited to, California Code of Civil Procedure Sections 335, 335.1, 336, 337, 338, 339, 340, 340.5, 340.9, 343, 344 and 474.

## TWELFTH AFFIRMATIVE DEFENSE

### (Government Claims Act)

12. As a separate and twelfth affirmative defense to the Complaint, Defendants allege Plaintiff failed to comply with the requirements of the California Government Claims Act; as such, all of Plaintiff's state law claims are subject to dismissal. Cal. Gov't Code § 900 et seq.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

13. As a separate and thirteenth affirmative defense, Plaintiff's action is barred by the doctrine of unclean hands.

## FOURTEENTH AFFIRMATIVE DEFENSE

### (Govt. Code § 815.2)

14.     As a separate and fourteenth affirmative defense, Defendants allege, except as otherwise provided by statute, a public entity is not liable for an injury resulting from an act or omission of an employee of the public entity where the employee is immune from liability. Cal. Gov't Code § 815.2.

## FIFTEENTH AFFIRMATIVE DEFENSE

### (Additional Affirmative Defenses)

15.     As a separate and fifteenth affirmative defense, the Defendants allege neither it nor its employees can be liable for any act or omission, while exercising due care, in the execution or enforcement of any law. Cal. Gov't Code § 820.

## SIXTEENTH AFFIRMATIVE DEFENSE

### (Additional Affirmative Defense)

16.     There may be additional affirmative defenses to Plaintiff's alleged causes of action that are not currently known to the Defendants, and the Defendants reserve the right to amend this Answer to allege additional affirmative defenses in the event of discovery or other information indicates they are appropriate.

WHEREFORE, Defendants pray for relief as follows:

1.     That the Complaint be dismissed, with prejudice and in its entirety;

2.     That Plaintiff take nothing by reason of this Complaint and that judgment be entered against Plaintiff and in favor of Defendants;

3.     That Defendants be awarded its costs incurred in defending this action;

4.     That Defendants be granted such other and further relief as the Court may deem just and proper.

/ / /

/ / /

/ / /

/ / /

DEFENDANTS CITY OF FRESNO, MICHAEL D. FLORES, GEORGE VALDES AND MICHAEL CARBAJAL'S ANSWER TO KARO STEPANYAN'S COMPLAINT

DATED:  July 14, 2026                ALESHIRE & WYNDER, LLP
                                     ANTHONY R. TAYLOR
                                     MICHELLE E. SASSANO
                                     NANCY FLORES CASTANEDA


                             By: _____
                                     NANCY FLORES CASTANEDA
                                     Attorneys for Defendant, CITY OF
                                     FRESNO

01160.0001 2160777.1                     -16-
DEFENDANTS CITY OF FRESNO, MICHAEL D. FLORES, GEORGE VALDES AND MICHAEL CARBAJAL'S
ANSWER TO KARO STEPANYAN'S COMPLAINT

## **PROOF OF SERVICE**

### **STEPANYAN V. FRESNO**
**Case No. 1:26-AT-02455**

**STATE OF CALIFORNIA, COUNTY OF FRESNO**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Fresno, State of California. My business address is 2440 Tulare Street, Suite 410, Fresno, CA 93721.

On July 14, 2026, I served true copies of the following document(s) described as **DEFENDANTS CITY OF FRESNO, MICHAEL D. FLORES, GEORGE VALDES AND MICHAEL CARBAJAL'S ANSWER TO KARO STEPANYAN'S COMPLAINT** on the interested parties in this action as follows:

Kevin G. Little, Esq.                           *Attorneys for Plaintiff*
Michelle L. Tostenrude, Esq.
LAW OFFICE OF KEVIN G. LITTLE          Karo Stepanyan
1225 E Divisadero St
Fresno, CA 93721
Telephone: (559) 342-5800
Facsimile: (559) 242-2400

E-Mail: service@kevinglittle.com

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 14, 2026, at Fresno, California.

_____
Aileen Ramos

01160.0001 2160777.1                           -1-
DEFENDANTS CITY OF FRESNO, MICHAEL D. FLORES, GEORGE VALDES AND MICHAEL CARBAJAL'S
ANSWER TO KARO STEPANYAN'S COMPLAINT